**In re ABBOTT LABORATORIES DERIVATIVE SHAREHOLDER LITIGATION.**

**No. 01–1952.**

United States Court of Appeals, Seventh Circuit.

Aug. 2, 2002.

BEFORE: WOOD, JR., CUDAHY and KANNE, Circuit Judges.

## ORDER

The opinion of this court issued on June 6, 2002, is hereby withdrawn. A revised opinion will be issued at a later date.